FILED'10 MAY 5 11:28USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHAWN WAYNE STOVER,

    Petitioner,

v.

BRIAN BELLEQUE,

    Respondent.

Civ. No. 07-1263-CL

**OPINION AND ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation ("R and R") [#44], and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Petitioner filed general objections to the R & R [#46]. Accordingly, I have reviewed the file of this case *de novo*. See 28 U.S.C. § 636(b)(1)(c); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981).

    I conclude the R & R is correct. Magistrate Judge Clarke's Report and Recommendation (#44) is adopted. The petition (#2) is

1 - OPINION AND ORDER

denied and this action is dismissed. Because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is DENIED. See 28 U.S.C. § 2253(2).

    IT IS SO ORDERED.

    DATED this 5 day of May, 2010.

/s/ Owen M. Panner

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER